39 So.2d 421

Jack MORAN v. STATE.

6 Div. 848.

Supreme Court of Alabama.

March 17, 1949.

A. A. Carmichael, Atty. Gen., and L. E. Barton, Asst. Atty. Gen., for the petition.

Joe G. Burnett, of Birmingham, opposed.

STAKELY, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals, to review and revise the judgment

and decision of that Court in the case of Moran v. State, 39 So.2d 419.

Writ denied.

BROWN, FOSTER, and LAWSON, JJ., concur.